FILED
May 18, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                       )
        Plaintiff, )
v. )
                                       )
KEVIN KIRKPATRICK, )
                                       )
        Defendant. )

Case No. 2:12MJ00125-GGH-27

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __KEVIN KIRKPATRICK__, Case No. __2:12MJ00125-GGH-27__, Charge __21USC § 841(a)(1), 846__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 18, 2012__ at __2:00 pm__.

                                      By   /s/ Gregory G. Hollows
                                                 Gregory G. Hollows
                                                 United States Magistrate Judge

Copy 5 - Court